**Exhibit A to the Complaint**

**Location:** Rockaway, NJ

**Total Works Infringed:** 27

**IP Address:** 173.54.134.249

**ISP:** Verizon Internet Services

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | 2633CD97981B90290A6B07878DB24E95843051FD | 04/24/2025 16:05:29 | Blacked | 06/05/2021 | 06/15/2021 | PA0002296924 |
| 2 | 5f76422a638167469ae43626ed20a8c2d145c7a8 | 04/24/2025 16:52:22 | Vixen | 03/17/2023 | 04/10/2023 | PA0002405944 |
| 3 | cbc01da1510bfa8c15bdbf3a92797ff123e312fb | 04/24/2025 16:05:23 | Vixen | 08/26/2022 | 10/05/2022 | PA0002373767 |
| 4 | 9CD7CFD962DE7804CF2507733B747EEB28B25D1E | 04/24/2025 16:01:03 | Blacked Raw | 06/07/2021 | 06/15/2021 | PA0002296926 |
| 5 | d0373da502285a25c43da6ac1994c6a51d8718f8 | 04/16/2025 15:31:43 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 6 | 4b748c4cca41d08c71ea157d0882de909135fa46 | 02/25/2025 16:05:50 | Vixen | 06/11/2021 | 06/24/2021 | PA0002303166 |
| 7 | B3E565731C57A8E0A6A324C0B1081266E90BDA4D | 01/07/2025 17:56:34 | Vixen | 12/20/2024 | 01/16/2025 | PA0002509655 |
| 8 | 9F6BB1EF7E209D679B6EECC06E3F97A2AC5C7DBD | 01/07/2025 17:56:18 | Vixen | 12/13/2024 | 01/16/2025 | PA0002509636 |
| 9 | 22D7F2274CAB57219A164DA9DFC2363B83583729 | 01/07/2025 17:56:03 | Vixen | 09/20/2024 | 10/16/2024 | PA0002494775 |
| 10 | 62DBC3F955441D63A7E604C37C1A2D4F9BDDAE74 | 01/07/2025 17:55:51 | Blacked | 12/14/2024 | 01/15/2025 | PA0002509267 |
| 11 | 273C7E4F196D22AAF02D3E1DAA01BBD60ECAFBFE | 12/30/2024 19:11:03 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |
| 12 | A2FF0472396474AF01A302320969630BEE58C703 | 12/30/2024 17:14:54 | Vixen | 07/22/2022 | 08/30/2022 | PA0002367741 |
| 13 | 07a916b0d6ce4571938687bdaf6f1f7f523f45af | 12/11/2024 20:30:12 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 14 | FB528D4F9CA8ACC0757F43182330F7FC194E72FA | 12/10/2024 18:19:43 | Vixen | 10/25/2024 | 11/18/2024 | PA0002500931 |
| 15 | EA22805E8CF89B3F013C166A31FB90E70BF2DAD9 | 12/05/2024 20:01:02 | Blacked | 10/30/2024 | 11/18/2024 | PA0002501014 |
| 16 | A7075B19A2CE14111163AAB86DF822E6C017C846 | 12/05/2024 19:59:11 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|-----------|--------------|
| 17 | 29926D35C60C3966E178F26ED84E25FDD717FC3B | 12/05/2024 19:54:14 | Vixen | 11/15/2024 | 12/13/2024 | PA0002506276 |
| 18 | D99DDE80E2B27CF679D291584C534BE412D77C36 | 12/05/2024 15:49:37 | Blacked Raw | 09/13/2021 | 11/11/2021 | PA0002321292 |
| 19 | d9933fbe225465d5c7864bf1abdfb4938d30f779 | 12/01/2024 21:29:40 | Blacked Raw | 11/25/2024 | 12/13/2024 | PA0002506320 |
| 20 | 0ADB82B8A9CA64CE3870E2E2B79C331AD1F7305D | 10/29/2024 22:42:30 | Blacked | 09/10/2024 | 09/17/2024 | PA0002490365 |
| 21 | 848E196E6ACDE09CA0F08FCBDD35AA551F8EA374 | 10/24/2024 15:08:17 | Blacked | 09/23/2023 | 10/17/2023 | PA0002435265 |
| 22 | D440379C6C7E543015741EEFBB8F44BF694EE1D4 | 10/21/2024 19:54:50 | Vixen | 05/12/2023 | 06/09/2023 | PA0002415370 |
| 23 | 7469889E196FA41FE884075C511477245537D338 | 10/21/2024 19:53:34 | Blacked Raw | 09/09/2024 | 09/17/2024 | PA0002490318 |
| 24 | 9a633ddeaf649adeabef3663cb4f4b10f6981204 | 08/22/2024 17:23:42 | Vixen | 08/02/2024 | 08/15/2024 | PA0002484855 |
| 25 | 0A7C64E3E94B2270B04C9C3B51614A7C67FD613E | 08/22/2024 16:56:03 | Blacked Raw | 07/25/2022 | 08/29/2022 | PA0002367727 |
| 26 | 902940C849181D21A3DF4D4C6C1BE80CFBFAD9EC | 07/10/2024 15:01:38 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 27 | 89f958d507cd3d674f1e7d1779c02d717c70434c | 06/27/2024 16:12:28 | Vixen | 02/25/2022 | 03/29/2022 | PA0002342849 |